UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Rodney L. Wegner, Donna Wegner,

                  Plaintiffs,

v.

ACCOR Hotels Motel 6, a Delaware corporation,

                  Defendant.
_____

Civil No. 07-1143 (RHK/AJB)

**ORDER**

Pursuant to the parties' Stipulation (Doc. No. 14), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 12, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge